**FILED**

APR 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZOYA KOVALENKO, Attorney,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>FILIPPATOS, PLLC; et al.,<br><br>　　　　Interested Parties - Appellees,<br><br>KIRKLAND & ELLIS, LLP; et al.,<br><br>　　　　Defendants. | No. 25-1995<br><br>D.C. No.<br>4:22-cv-05990-HSG<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The opposed motion (Docket Entry No. 7) to file under seal Volume 3 of the excerpts of record is granted, subject to reconsideration by the merits panel. The clerk will file publicly the motion to seal and supporting declaration (Docket Entry Nos. 7.1, 7.2), the opening brief (Docket Entry No. 5), and Volumes 1 through 2 of the excerpts of record (Docket Entry No. 6). The clerk will maintain Volume 3 of the excerpts of record under provisional seal at Docket Entry No. 8.

The opposed motion (Docket Entry No. 12) to strike Volume 3 of the excerpts of record is referred to the panel that considers the merits of this appeal.

The answering brief remains due July 10, 2025. The optional reply brief is due 21 days after the answering brief is served.